1

2

3

4

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

6

7

8     UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )   Case No.: 11-2736 M
                                         )
12                          Plaintiff,   )   ORDER OF DETENTION
                                         )
13    vs.                                )
                                         )
14                                       )
15    Juventino Bran Gonzalez            )
                            Defendant.   )
                                         )
16    _____

17                                 **I.**

18    A.   ( )   On motion of the Government in a case allegedly involving:

19         1.   ( )   a crime of violence.

20         2.   ( )   an offense with maximum sentence of life imprisonment or death.

21         3.   ( )   a narcotics or controlled substance offense with maximum sentence

22                    of ten or more years.

23         4.   ( )   any felony - where defendant convicted of two or more prior

24                    offenses described above.

25         5.   ( )   any felony that is not otherwise a crime of violence that involves a

26                    minor victim, or possession or use of a firearm or destructive device

27                    or any other dangerous weapon, or a failure to register under

28                    18 U.S.C. § 2250.

1  B.   ( )   On motion by the Government/( ) on Court's own motion, in a case
2         allegedly involving:   13 U

3      ( )   On the further allegation by the Government of:

4         1.   ( )   a serious risk that the defendant will flee.

5         2.   ( )   a serious risk that the defendant will:

6            a.   ( )   obstruct or attempt to obstruct justice.

7            b.   ( )   threaten, injure or intimidate a prospective witness or

8               juror, or attempt to do so.

9  C.   The Government ( ) is/( ) is not entitled to a rebuttable presumption that no

10       condition or combination of conditions will reasonably assure the defendant's

11       appearance as required and the safety or any person or the community.

12

13                              **II.**

14  A.   ( )   The Court finds that no condition or combination of conditions will

15         reasonably assure:

16       1.   ( )   the appearance of the defendant as required.

17            and/or

18       2.   ( )   the safety of any person or the community.

19  B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence

20         to the contrary the presumption provided by statute.

21

22                              **III.**

23  The Court has considered:

24  A.   the nature and circumstances of the offense(s) charged, including whether the

25       offense is a crime of violence, a Federal crime of terrorism, or involves a minor

26       victim or a controlled substance, firearm, explosive, or destructive device;

27  B.   the weight of evidence against the defendant;

28

C.     the history and characteristics of the defendant; and

D.     the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report / recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.     (X)   As to flight risk:

      (X) Lack of bail resources

      ( ) Prior failures to appear / violations of probation/parole

      ( ) No stable residence or employment

      ( ) Ties to foreign countries / financial ability to flee

_____

_____

_____

B.     (X)   As to danger:

      (X) Nature of prior criminal convictions

      (X) Allegations in present indictment

      ( ) Drug / alcohol use

      ( ) In custody for state offense

_____

_____

_____

1

## VI.

2   A.   ( )   The Court finds that a serious risk exists the defendant will:

3                1.   ( )   obstruct or attempt to obstruct justice.

4                2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

5   B.   The Court bases the foregoing finding(s) on the following:

6   _____

7   _____

8   _____

9

10

## VI.

11  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12  B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of

13       the Attorney General for confinement in a corrections facility separate, to the

14       extent practicable, from persons awaiting or serving sentences or being held in

15       custody pending appeal.

16  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable

17       opportunity for private consultation with counsel.

18  D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on

19       request of any attorney for the Government, the person in charge of the

20       corrections facility in which defendant is confined deliver the defendant to a

21       United States marshal for the purpose of an appearance in connection with a

22       court proceeding.

23

24  DATED: Nov 16, 2011

25                                MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE

26

27

28